UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Willow Friedland, Steven Gonzalez, and Miriam Sieradzki,

                            Plaintiffs,

          - against -

City of New York; Former Mayor Bill De Blasio; Former New York City Police Department Commissioner Dermot Shea; and Former New York City PoliceDepartment Chief of Department Terence Monahan,

                            Defendants.
-----------------------------------------------------------------X

INDEX  24-cv-07064
ECF CASE

Notice of Appearance

**JURY DEMAND**

**PLEASE TAKE NOTICE** that the undersigned hereby files this notice of appearance on behalf of the Plaintiffs and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       September 18, 2024

                                              /s/wylie stecklow
                                              Wylie M. Stecklow, Esq.
                                              Wylie Stecklow PLLC
                                              On Behalf of Plaintiffs
                                              Carnegie Hall Tower
                                              152 W. 57th Street, 8th Floor
                                              New York, New York 10019
                                              (212) 566-8000

TO: All Counsel (By ECF)