UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Willow Friedland, Steven Gonzalez, and Miriam Sieradzki,<br><br>       Plaintiffs,<br><br>  -against-<br><br>City of New York; Former Mayor Bill De Blasio; Former New York City Police Department Commissioner Dermot Shea; and Former New York City Police Department Chief of Department Terence Monahan,<br><br>       Defendants. | APPEARANCE OF COUNSEL<br><br>24-CV-07064 |

TO: The Clerk of the Court and all parties of record

 I am admitted to practice in the United States District Court for the Southern District of New York, and I appear in this case as counsel for the Plaintiffs.

Dated: New York, New York
    September 20, 2024

                Respectfully submitted,

                By: _/s/ Jonathan C. Moore_
                Jonathan C. Moore
                Beldock Levine & Hoffman, LLP
                99 Park Avenue, PH/26th Floor
                New York, New York 10016
                P: (212) 277-5850
                F: (212) 277-5880
                E: jmoore@blhny.com