UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Willow Friedland, Steven Gonzalez, and Miriam Sieradzki, <br><br> Plaintiffs, <br><br> -against- <br><br> City of New York; Former Mayor Bill De Blasio; Former New York City Police Department Commissioner Dermot Shea; and Former New York City Police Department Chief of Department Terence Monahan, <br><br> Defendants. | APPEARANCE OF COUNSEL <br><br> 24-CV-07064 |

TO:   The Clerk of the Court and all parties of record

I am admitted to practice in the United States District Court for the Southern District of New York, and I appear in this case as counsel for the Plaintiffs.

Dated:  New York, New York
           September 20, 2024

Respectfully submitted,

By: _____
M. Olivia Clark
Beldock Levine & Hoffman, LLP
99 Park Avenue, PH/26th Floor
New York, New York 10016
P: (212) 277-5883
F: (212) 277-5880
E: oclark@blhny.com