UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Willow Friedland, Steven Gonzalez, and Miriam Sieradzki,<br><br>     Plaintiffs,<br><br>  -against-<br><br>City of New York; Former Mayor Bill De Blasio; Former New York City Police Department Commissioner Dermot Shea; and Former New York City Police Department Chief of Department Terence Monahan,<br><br>     Defendants. | **APPEARANCE OF COUNSEL**<br><br>**24-CV-07064** |

TO: The Clerk of the Court and all parties of record

  I am admitted to practice in the United States District Court for the Southern District of

New York, and I appear in this case as counsel for the Plaintiffs.

Dated: New York, New York
   September 20, 2024      Respectfully submitted,


           By: _____
              David B. Rankin
              Beldock Levine & Hoffman, LLP
              99 Park Avenue, PH/26th Floor
              New York, New York 10016
              P: (212) 277-5825
              F: (212) 277-5880
              E: drankin@blhny.com