UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                    COUNTY OF

**Plaintiff / Petitioner:**
WILLOW FRIEDLAND ET AL

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**
Index No:
24-CV-07064

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY. That on Tue, Dec 10 2024 AT 10:32 AM AT ONE POLICE PLAZA, NEW YORK , NY 10038 deponent served the within summons and verified complaint and notice of commencement by electronic filing on FORMER NEW YORK CITY POLICE DEPARTMENT CHIEF OF DEPARTMENT TERRENCE MONAHAN

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation:** FORMER NEW YORK CITY POLICE DEPARTMENT TERRENCE MONAHAN a defendant, therein named, by delivering a true copy of each to Bono Giorgio personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Community assistant thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| Age: 45 | Ethnicity: Caucasian | Gender: Female | Weight: 150 |
|---|---|---|---|
| Height: 5'10" | Hair: Black | Eyes: Brown | Relationship: Community assistant |
| Other | | | |

Mitchell Raider
1450036

I affirm this 10 day of DECEMBER, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK        COUNTY OF

**Plaintiff / Petitioner:**
WILLOW FRIEDLAND ET AL

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**
Index No:
24-CV-07064

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Tue, Dec 10 2024 AT 10:34 AM AT ONE POLICE PLAZA, NEW YORK , NY 10038 deponent served the within summons and verified complaint and notice of commencement by electronic filing on FORMER NEW YORK CITY POLICE DEPARTMENT COMMISSIONER DERMOT SHEA

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation:** FORMER NEW YORK CITY POLICE DEPARTMENT COMMISSIONER DERMOT SHEA a defendant, therein named, by delivering a true copy of each to Bono Giorgio personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Community assistant thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 45    Ethnicity: Caucasian    Gender: Female    Weight: 150
Height: 5'10"    Hair: Black    Eyes: Brown    Relationship: Community assistant
Other

Mitchell Raider
1450036

I affirm this 10 day of DECEMBER, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                                    COUNTY OF

**Plaintiff / Petitioner:**
WILLOW FRIEDLAND ET AL

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
24-CV-07064

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Tue, Dec 10 2024 AT 11:05 AM AT 100 Church Street , NEW YORK , NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing on FORMER MAYOR BILL DE BLASIO

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation:** FORMER MAYOR BILL DE BLASIO a defendant, therein named, by delivering a true copy of each to A Goebler personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Clerk thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ .

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| Age: 40 | Ethnicity: Caucasian | Gender: Male | Weight: 180 |
|---|---|---|---|
| Height: 5'7" | Hair: Black | Eyes: Brown | Relationship: Clerk |
| Other | | | |

Mitchell Raider
1450036

I affirm this 10 day of DECEMBER, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK         COUNTY OF

**Plaintiff / Petitioner:** WILLOW FRIEDLAND ET AL
**Defendant / Respondent:** THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**
Index No: 24-CV-07064

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY. That on Tue, Dec 10 2024 AT 11:06 AM AT 100 Church Street, NEW YORK, NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing on THE CITY OF NEW YORK

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [X] **Corporation:** THE CITY OF NEW YORK a defendant, therein named, by delivering a true copy of each to A Goebler personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Clerk thereof.
- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.
- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40    Ethnicity: Caucasian    Gender: Male    Weight: 170
Height: 5'7"    Hair: Black    Eyes: Brown    Relationship: Clerk
Other

_signature_

Mitchell Raider
1450036

I affirm this 10 day of DECEMBER, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.