**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X

Willow Friedland, Steven Gonzalez, and
Miriam Sieradzki,

                Plaintiffs,

   - against –

City of New York; Former Mayor Bill De Blasio;
Former New York City Police Department
Commissioner Dermot Shea; and Former New York
City Police Department Chief of Department Terence
Monahan,

                Defendants.
------------------------------------------------------X

24-cv-07064-DLC

Declaration of Order Satisfaction

Wylie M. Stecklow, Esq., declares and states:

1. I am co-counsel for the plaintiffs in the above referenced matter;

2. No counsel has appeared in this matter on behalf of any of the defendants.

3. Earlier today I emailed to Qiana Smith-Williams, Acting Chief of the Special Federal Litigation Bureau of the New York City Law Department the following :

   a. A copy of the First Amended Complaint in this matter;
   b. A copy of Docket 17, an order of this Honorable Court;
   c. A copy of this Honorable Court's individual rules.

Respectfully submitted,

*/s/ Wylie M. Stecklow*

Wylie M. Stecklow, Esq.
Wylie Stecklow PLLC
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
New York, NY 10019
(212) 566 8000
ECF@WylieLAW.com

 **Outlook**

## no answer yet in a new federal case

| | |
|---|---|
| **From** | Wylie Stecklow <wylie@wylielaw.com> |
| **Date** | Fri 12/20/2024 2:31 PM |
| **To** | qwilliam@law.nyc.gov <qwilliam@law.nyc.gov> |

📎 3 attachments (659 KB)
017 - 2024-12-17 Court order re initial conference.pdf; 017 - 2024-12-17 Court order re initial conference.pdf; 011 - AMended Complaint.pdf;

Hey Qiana

Happy Holidays, hope you are doing well.

Here is a complaint that was filed and served. We have a new order to serve on the other side but nobody to serve. So sending to you the Order Dkt 17 and the Judge's individual rules as dictated by Dkt 17. Answer is due in early January.

Let me know, when you can, who is being assigned.

Thanks and see you at some point soon.

Wylie


Wylie Stecklow PLLC
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
New York, NY 10019
(t) 212 566 8000 x3  (f) 212 202 4952
LawyersForTheRestOfUs.com