```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    24cv7064(DLC)
WILLOW FRIEDLAND, et al.,                :
                                         :         ORDER
                    Plaintiffs,          :
            -v-                          :
                                         :
CITY OF NEW YORK, et al.,                :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendants' letter of December 30, 2024, it is hereby

ORDERED that the defendants' request for an extension of time to respond to the complaint is granted. The defendants' response to the complaint is due **February 28, 2025.**

IT IS FURTHERED ORDERED that the plaintiffs shall by **January 7, 2025** provide to the defendants the authorizations referenced in the defendants' December 30 letter.

Dated:   New York, New York
         December 31, 2024

                                      _____
                                              DENISE COTE
                                       United States District Judge