```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
WILLOW FRIEDLAND, et al.,              :
                                       :
                Plaintiffs,            :    24cv7064 (DLC)
                                       :
        -v-                            :    ORDER
                                       :
CITY OF NEW YORK, et al.,              :
                                       :
                Defendants.            :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendants' March 31, 2025 letter indicating their intention to move to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P., it is hereby

ORDERED that the motion to dismiss is due **April 25, 2025**.

IT IS FURTHER ORDERED that the plaintiffs shall file any amended complaint by **May 16, 2025**.  It is unlikely that plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiffs shall file any opposition to the motion to dismiss by **May 16, 2025**.  Defendants' reply, if any, shall be filed by **May 30**.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for **April 10, 2025** is adjourned sine die.

Dated:     New York, New York
           April 3, 2025

                                   _____
                                           DENISE COTE
                                   United States District Judge