# EXHIBIT A

# NEW YORK CITY POLICE DEPARTMENT

Worksheet : C-Summons
Status : Approved
Report # : 4440045614
Incident Date : 06/02/2020 00:00 Tuesday



## SUMMONS NO.

**Summons No.:** 4440045614

## DEFENDANT INFO.

**Type:** Civilian
**Name:** Ilan Friedland
**Date of Birth:** 1998
**Building No.:**  **Street Name:**  **Apt Number:**
**City:** Southbend  **State:** Indiana  **Zip Code:** 46617
**Cell Phone #:**  **Home Contact #:**
**Court Appearance Date:** 09/30/2020 09:30  **The court appearance location:** Midtown Community Court
**Driver License:** No
**ID Number:**  **ID Type:**

## VEHICLE

| Plate Number: | Registration State: | Registration Expiration Date: | Plate Type: |
| Vehicle Type: | Make: | Other Make: | Year: |
| Color: | | | |

## DATE OF OFFENSE

**Date of Offense:** 06/02/2020 00:00 Tuesday

## PLACE OF OCURRENCE

**Address Type:** Street Address  **Location Identifier:**
**Building No.:** 628  **Street Name:** 8 AVENUE  **Unit Type:**  **Unit Number:**
**Borough:** Manhattan
**Pct:** 014  **Sector:** E  **PSA:**

## VIOLATION

| Law Title | In Violation of Section | Description |
|---|---|---|
| Penal Law | 240.20-7 | DISCON: CREATE HAZARDOUS CONDITION |

## FACTUAL ALLEGATIONS(DESCRIBE HOW THE OFFENSE WAS COMMITED, OR COMPLETE REVERSE)

AT TPO THE UNDERSIGNED OBSERVED THE DEFENDANT ON A PUBLIC SIDEWALK WITH INTENT TO CREATE AN OFFENSIVE CONDITION BY RECORDING A FIGHT. DEFENDANT'S ACTIONS CAUSE A CROWD TO GATHER.

## NYPD CODE

## NYPD CODE

**NYPD Code:** 4   **OATH Reason:**   **ICAD #:**

## DEFENDANT STATED IN MY PRESENCE (IN SUBSTANCE)

WE WERE ONLY RECORDING THE GIRL GETTING HER ASS BEAT.

## REPORTING OFFICER

**Date Affirmed:** 06/02/2020 00:00   **Arrest Type:**
**Agency:** New York City Police Department   **Command:** 040   **Command Description:** 040 PRECINCT   **NCIC Number:** 03030
**Tax Number:** 962873   **Rank:** POLICE OFFICER MALE   **Last Name:** WHYTE   **First Name:** ANDRE

## ENTERED BY

**Agency:** New York City Police Department   **Command:** 040   **Command Description:** 040 PRECINCT   **NCIC Number:** 03030
**Tax Number:** 962873   **Rank:** POLICE OFFICER MALE   **Last Name:** WHYTE   **First Name:** ANDRE

## ENDORSEMENT HISTORY

| Submitted By: | Approved/Rejected By: | Note: | Status: | Endorsement Date: |
|---|---|---|---|---|
| ANDRE P WHYTE 962873 POM 040 PRECINCT New York City Police Department 03030 | | | Approved | 06/02/2020 23:16 Tuesday |

# EXHIBIT B

# NEW YORK CITY POLICE DEPARTMENT

Worksheet : C-Summons
Status : Approved
Report # : 4440045600
Incident Date : 06/02/2020 00:00 Tuesday



## SUMMONS NO.

Summons No.: 4440045600

## DEFENDANT INFO.

Type: Civilian
Name: STEVEN GONZALEZ
Date of Birth: 1997
Building No.:
Street Name:
Apt Number:
City: Brooklyn
State: New York
Zip Code: 11233
Cell Phone #:
Home Contact #:
Court Appearance Date: 09/30/2020 09:30
The court appearance location: Midtown Community Court
Driver License: No
ID Number:
ID Type:

## VEHICLE

Plate Number:
Registration State:
Registration Expiration Date:
Plate Type:
Vehicle Type:
Make:
Other Make:
Year:
Color:

## DATE OF OFFENSE

Date of Offense: 06/02/2020 00:00 Tuesday

## PLACE OF OCURRENCE

Address Type: Street Address
Location Identifier: In Front of
Building No.: 628
Street Name: 8 AVENUE
Unit Type:
Unit Number:
Borough: Manhattan
Pct: 014
Sector: E
PSA:

## VIOLATION

| Law Title | In Violation of Section | Description |
|---|---|---|
| Penal Law | 240.20-7 | DISCON: CREATE HAZARDOUS CONDITION |



## FACTUAL ALLEGATIONS(DESCRIBE HOW THE OFFENSE WAS COMMITED, OR COMPLETE REVERSE)

AT TPO THE UNDERSIGNED OBSERVED THE DEFENDANT ON A PUBLIC SIDEWALK WITH INTENT TO CREATE AN OFFENSIVE CONDITION BY RECORDING A FIGHT DEFENDANT'S ACTIONS CAUSED A CROWD TO GATHER.

## NYPD CODE

**NYPD Code:** 4         **OATH Reason:**         **ICAD #:**

## REPORTING OFFICER

**Date Affirmed:** 06/02/2020 00:00         **Arrest Type:**
**Agency:** New York City Police Department         **Command:** 040         **Command Description:** 040 PRECINCT         **NCIC Number:** 03030
**Tax Number:** 962873         **Rank:** POLICE OFFICER MALE         **Last Name:** WHYTE         **First Name:** ANDRE

## ENTERED BY

**Agency:** New York City Police Department         **Command:** 040         **Command Description:** 040 PRECINCT         **NCIC Number:** 03030
**Tax Number:** 962873         **Rank:** POLICE OFFICER MALE         **Last Name:** WHYTE         **First Name:** ANDRE

## ENDORSEMENT HISTORY

| Submitted By: | Approved/Rejected By: | Note: | Status: | Endorsement Date: |
|---|---|---|---|---|
| ANDRE P WHYTE 962873 POM 040 PRECINCT New York City Police Department 03030 | | | Approved | 06/02/2020 23:33 Tuesday |

# EXHIBIT C

# NEW YORK CITY POLICE DEPARTMENT

Worksheet : C-Summons
Status : Approved
Report # : 4440045628
Incident Date : 06/02/2020 00:00 Tuesday



### SUMMONS NO.

Summons No.: 4440045628

### DEFENDANT INFO.

Type: Civilian
Name: MIRIAM SIERADZKI
Date of Birth:  1998
Building No.:             Street Name:              Apt Number:
City: BROOKLYN    State: New York    Zip Code: 11221
Cell Phone #:             Home Contact #:
Court Appearance Date: 09/30/2020 09:30
The court appearance location: Midtown Community Court
Driver License: Yes
Driver License ID #: S-    State of License: Maryland    License Class/ID Type: D    License Expiration Date: 02/11/2026

### VEHICLE

| Plate Number: | Registration State: | Registration Expiration Date: | Plate Type: |
| Vehicle Type: | Make: | Other Make: | Year: |
| Color: | | | |

### DATE OF OFFENSE

Date of Offense: 06/02/2020 00:00 Tuesday

### PLACE OF OCURRENCE

Address Type: Street Address    Location Identifier: In Front of
Building No.: 628    Street Name: 8 AVENUE    Unit Type:    Unit Number:
Borough: Manhattan
Pct: 014    Sector: E    PSA:

### VIOLATION

| Law Title | In Violation of Section | Description |
|---|---|---|
| Penal Law | 240.20-7 | DISCON: CREATE HAZARDOUS CONDITION |

**FACTUAL ALLEGATIONS(DESCRIBE HOW THE OFFENSE WAS COMMITED, OR COMPLETE REVERSE)**

AT TPO THE UNDERSIGNED OBSERVED THE DEFENDANT ON A PUBLIC SIDEWALK WITH INTENT TO CREATE AN OFFENSIVE CONDITION BY RECORDING A FIGHT DEFENDANT ACTIONS CAUSED A CROWD TO GATHER

## NYPD CODE

| NYPD Code: 4 | OATH Reason: | ICAD #: | |

## DEFENDANT STATED IN MY PRESENCE (IN SUBSTANCE)

I WAS ONLY TRYING TO RECORD THE GIRL GETTING BEAT UP

## REPORTING OFFICER

| Date Affirmed: 06/02/2020 00:00 | | Arrest Type: | |
|---|---|---|---|
| Agency: New York City Police Department | Command: 040 | Command Description: 040 PRECINCT | NCIC Number: 03030 |
| Tax Number: 962873 | Rank: POLICE OFFICER MALE | Last Name: WHYTE | First Name: ANDRE |

## ENTERED BY

| Agency: New York City Police Department | Command: 040 | Command Description: 040 PRECINCT | NCIC Number: 03030 |
|---|---|---|---|
| Tax Number: 962873 | Rank: POLICE OFFICER MALE | Last Name: WHYTE | First Name: ANDRE |

## ENDORSEMENT HISTORY

| Submitted By: | Approved/Rejected By: | Note: | Status: | Endorsement Date: |
|---|---|---|---|---|
| ANDRE P WHYTE 962873 POM 040 PRECINCT New York City Police Department 03030 | | | Approved | 06/02/2020 23:26 Tuesday |