```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
WILLOW FRIEDLAND, et al.,            :
                                     :
                   Plaintiffs,       :    24cv7064(DLC)
                                     :
             -v-                     :    ORDER
                                     :
CITY OF NEW YORK, et al.,            :
                                     :
                   Defendants.       :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On March 31, 2025, the defendants filed a letter indicating their intention to move to dismiss pursuant to Rule 12(b)(6), Fed. R. Civ. P. An Order of April 3 directed the plaintiffs to file any amended complaint by May 16 and alerted the plaintiffs that they would likely not have another opportunity to amend. The defendants filed their motion to dismiss on April 25. The plaintiffs filed an amended complaint on May 14. Accordingly, it is hereby

ORDERED that the defendants' April 25 motion is denied as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **May 30, 2025**
- Opposition served by **June 13, 2025**
- Reply served by **June 20, 2025**

At the time any reply is filed, the moving party shall supply

Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        May 19, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge