# EXHIBIT A

# NEW YORK CITY POLICE DEPARTMENT

Worksheet : C-Summons
Status : Approved
Report # : 4440045614
Incident Date : 06/02/2020 00:00 Tuesday



## SUMMONS NO.

**Summons No.:** 4440045614

## DEFENDANT INFO.

**Type:** Civilian
**Name:** Ilan Friedland
**Date of Birth:** 1998
**Building No.:**  **Street Name:**  **Apt Number:**
**City:** Southbend  **State:** Indiana  **Zip Code:** 46617
**Cell Phone #:**  **Home Contact #:**
**Court Appearance Date:** 09/30/2020 09:30  **The court appearance location:** Midtown Community Court
**Driver License:** No
**ID Number:**  **ID Type:**

## VEHICLE

| Plate Number: | Registration State: | Registration Expiration Date: | Plate Type: |
| Vehicle Type: | Make: | Other Make: | Year: |
| Color: | | | |

## DATE OF OFFENSE

**Date of Offense:** 06/02/2020 00:00 Tuesday

## PLACE OF OCURRENCE

**Address Type:** Street Address  **Location Identifier:**
**Building No.:** 628  **Street Name:** 8 AVENUE  **Unit Type:**  **Unit Number:**
**Borough:** Manhattan
**Pct:** 014  **Sector:** E  **PSA:**

## VIOLATION

| Law Title | In Violation of Section | Description |
|---|---|---|
| Penal Law | 240.20-7 | DISCON: CREATE HAZARDOUS CONDITION |

## FACTUAL ALLEGATIONS (DESCRIBE HOW THE OFFENSE WAS COMMITED, OR COMPLETE REVERSE)

AT TPO THE UNDERSIGNED OBSERVED THE DEFENDANT ON A PUBLIC SIDEWALK WITH INTENT TO CREATE AN OFFENSIVE CONDITION BY RECORDING A FIGHT. DEFENDANT'S ACTIONS CAUSE A CROWD TO GATHER.

## NYPD CODE

## NYPD CODE

**NYPD Code:** 4  **OATH Reason:**  **ICAD #:**

## DEFENDANT STATED IN MY PRESENCE (IN SUBSTANCE)

WE WERE ONLY RECORDING THE GIRL GETTING HER ASS BEAT.

## REPORTING OFFICER

**Date Affirmed:** 06/02/2020 00:00  **Arrest Type:**

**Agency:** New York City Police Department  **Command:** 040  **Command Description:** 040 PRECINCT  **NCIC Number:** 03030

**Tax Number:** 962873  **Rank:** POLICE OFFICER MALE  **Last Name:** WHYTE  **First Name:** ANDRE

## ENTERED BY

**Agency:** New York City Police Department  **Command:** 040  **Command Description:** 040 PRECINCT  **NCIC Number:** 03030

**Tax Number:** 962873  **Rank:** POLICE OFFICER MALE  **Last Name:** WHYTE  **First Name:** ANDRE

## ENDORSEMENT HISTORY

| Submitted By: | Approved/Rejected By: | Note: | Status: | Endorsement Date: |
|---|---|---|---|---|
| ANDRE P WHYTE 962873 POM 040 PRECINCT New York City Police Department 03030 | | | Approved | 06/02/2020 23:16 Tuesday |