# EXHIBIT B

# NEW YORK CITY POLICE DEPARTMENT

Worksheet : C-Summons
Status : Approved
Report # : 4440045600
Incident Date : 06/02/2020 00:00 Tuesday



## SUMMONS NO.
Summons No.: 4440045600

## DEFENDANT INFO.
Type: Civilian
Name: STEVEN GONZALEZ
Date of Birth: ▮▮ 1997
Building No.: ▮▮
Street Name: ▮▮
Apt Number:
City: Brooklyn
State: New York
Zip Code: 11233
Cell Phone #: ▮▮
Home Contact #:
Court Appearance Date: 09/30/2020 09:30
The court appearance location: Midtown Community Court
Driver License: No
ID Number:
ID Type:

## VEHICLE
Plate Number:
Registration State:
Registration Expiration Date:
Plate Type:
Vehicle Type:
Make:
Other Make:
Year:
Color:

## DATE OF OFFENSE
Date of Offense: 06/02/2020 00:00 Tuesday

## PLACE OF OCURRENCE
Address Type: Street Address
Location Identifier: In Front of
Building No.: 628
Street Name: 8 AVENUE
Unit Type:
Unit Number:
Borough: Manhattan
Pct: 014
Sector: E
PSA:

## VIOLATION
| Law Title | In Violation of Section | Description |
|---|---|---|
| Penal Law | 240.20-7 | DISCON: CREATE HAZARDOUS CONDITION |



## FACTUAL ALLEGATIONS(DESCRIBE HOW THE OFFENSE WAS COMMITED, OR COMPLETE REVERSE)
AT TPO THE UNDERSIGNED OBSERVED THE DEFENDANT ON A PUBLIC SIDEWALK WITH INTENT TO CREATE AN OFFENSIVE CONDITION BY RECORDING A FIGHT DEFENDANT'S ACTIONS CAUSED A CROWD TO GATHER.

## NYPD CODE

**NYPD Code:** 4  **OATH Reason:**  **ICAD #:**

## REPORTING OFFICER

| | | | |
|---|---|---|---|
| Date Affirmed: 06/02/2020 00:00 | | Arrest Type: | |
| Agency: New York City Police Department | Command: 040 | Command Description: 040 PRECINCT | NCIC Number: 03030 |
| Tax Number: 962873 | Rank: POLICE OFFICER MALE | Last Name: WHYTE | First Name: ANDRE |

## ENTERED BY

| | | | |
|---|---|---|---|
| Agency: New York City Police Department | Command: 040 | Command Description: 040 PRECINCT | NCIC Number: 03030 |
| Tax Number: 962873 | Rank: POLICE OFFICER MALE | Last Name: WHYTE | First Name: ANDRE |

## ENDORSEMENT HISTORY

| Submitted By: | Approved/Rejected By: | Note: | Status: | Endorsement Date: |
|---|---|---|---|---|
| ANDRE P WHYTE 962873 POM 040 PRECINCT New York City Police Department 03030 | | | Approved | 06/02/2020 23:33 Tuesday |