# EXHIBIT C

# NEW YORK CITY POLICE DEPARTMENT

Worksheet : C-Summons
Status : Approved
Report # : 4440045628
Incident Date : 06/02/2020 00:00 Tuesday



## SUMMONS NO.

Summons No.: 4440045628

## DEFENDANT INFO.

Type: Civilian
Name: MIRIAM SIERADZKI
Date of Birth: ███ 1998
Building No.: ███
Street Name: ███
Apt Number:
City: BROOKLYN
State: New York
Zip Code: 11221
Cell Phone #: ███
Home Contact #:
Court Appearance Date: 09/30/2020 09:30
The court appearance location: Midtown Community Court
Driver License: Yes
Driver License ID #: S-███
State of License: Maryland
License Class/ID Type: D
License Expiration Date: 02/11/2026

## VEHICLE

Plate Number:
Registration State:
Registration Expiration Date:
Plate Type:
Vehicle Type:
Make:
Other Make:
Year:
Color:

## DATE OF OFFENSE

Date of Offense: 06/02/2020 00:00 Tuesday

## PLACE OF OCURRENCE

Address Type: Street Address
Location Identifier: In Front of
Building No.: 628
Street Name: 8 AVENUE
Unit Type:
Unit Number:
Borough: Manhattan
Pct: 014
Sector: E
PSA:

## VIOLATION

| Law Title | In Violation of Section | Description |
|---|---|---|
| Penal Law | 240.20-7 | DISCON: CREATE HAZARDOUS CONDITION |

## FACTUAL ALLEGATIONS(DESCRIBE HOW THE OFFENSE WAS COMMITED, OR COMPLETE REVERSE)

AT TPO THE UNDERSIGNED OBSERVED THE DEFENDANT ON A PUBLIC SIDEWALK WITH INTENT TO CREATE AN OFFENSIVE CONDITION BY RECORDING A FIGHT DEFENDANT ACTIONS CAUSED A CROWD TO GATHER

## NYPD CODE

**NYPD Code:** 4     **OATH Reason:**     **ICAD #:**

## DEFENDANT STATED IN MY PRESENCE (IN SUBSTANCE)

I WAS ONLY TRYING TO RECORD THE GIRL GETTING BEAT UP

## REPORTING OFFICER

| | | | |
|---|---|---|---|
| Date Affirmed: 06/02/2020 00:00 | | Arrest Type: | |
| Agency: New York City Police Department | Command: 040 | Command Description: 040 PRECINCT | NCIC Number: 03030 |
| Tax Number: 962873 | Rank: POLICE OFFICER MALE | Last Name: WHYTE | First Name: ANDRE |

## ENTERED BY

| | | | |
|---|---|---|---|
| Agency: New York City Police Department | Command: 040 | Command Description: 040 PRECINCT | NCIC Number: 03030 |
| Tax Number: 962873 | Rank: POLICE OFFICER MALE | Last Name: WHYTE | First Name: ANDRE |

## ENDORSEMENT HISTORY

| Submitted By: | Approved/Rejected By: | Note: | Status: | Endorsement Date: |
|---|---|---|---|---|
| ANDRE P WHYTE 962873 POM 040 PRECINCT New York City Police Department 03030 | | | Approved | 06/02/2020 23:26 Tuesday |