# Exhibit 1



remy green <remy@femmelaw.com>

## Re: [EXTERNAL] Re: Sow - Claim Deadline Process

**remy green** <remy@femmelaw.com>                                              Mon, Jan 22, 2024 at 5:15 PM
To: "Weng, Jenny (Law)" <jweng@law.nyc.gov>
Cc: Elena Cohen <elena@femmelaw.com>, Milan Mader <mmader@rustconsulting.com>, "Nelson, Genevieve (Law)" <gnelson@law.nyc.gov>, "Jonathan C. Moore" <jmoore@blhny.com>, Jason Rabe <jrabe@rustconsulting.com>, NYC2020ProtestSettlement <admin@nyc2020protestsettlement.com>

Hi all,

On the first three below, this is just to confirm the City will not assert that their claims are extinguished by this settlement. If that is not the case, please say something immediately.
_____
Sent from a mobile device, please excuse any thumbling or stumbling.
_____
J. Remy Green
*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560(direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx. / they, their, them |
_____

> On Jan 22, 2024, at 2:59 PM, 'Weng, Jenny (Law)' via NYC2020ProtestSettlement <admin@nyc2020protestsettlement.com> wrote:
>
> I have already responded regarding the first 3 below – Not Eligible.
>
> Will respond momentarily about Gamarra.  Thanks.
>
> **From:** Elena Cohen <elena@femmelaw.com>
> **Sent:** Monday, January 22, 2024 3:56 PM
> **To:** Weng, Jenny (Law) <jweng@law.nyc.gov>
> **Cc:** Milan Mader <mmader@rustconsulting.com>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Jonathan C. Moore <jmoore@blhny.com>; Jason Rabe <jrabe@rustconsulting.com>; NYC2020ProtestSettlement <admin@nyc2020protestsettlement.com>
> **Subject:** Re: [EXTERNAL] Re: Sow - Claim Deadline Process
>
> Renewing my request for ASAP review of the below individuals- there are only 4. I have removed Anna Pamalee and Naya Austen. If we do not hear by 5 pm, we would like to give them claim IDs so they can timely file. If the City laters determines their arrests are not eligible, the claims can be denied.
>
> Willow Friedland [FKA Ilan Friedland]

| |
|---|
| Steven Gonzalez |
| Miriam Tamar Sieradzki |

| |
|---|
| Chelsea Gamarra |

Elena L. Cohen
*Partner*
| Cohen&Green P.L.L.C. |  #FemmeLaw  |
| (929) 888.9650 (p) | (929) 888.9457 (f) |
| Honorifics / Pronouns: Dr., Ms. / She, Her, Hers |

*This e-mail (including any attachments) is privileged and confidential. It is intended solely for the person or entity to which it is addressed. If you have received this communication in error, please immediately notify the sender and delete all copies.*

On Mon, Jan 22, 2024 at 2:38 PM Elena Cohen <elena@femmelaw.com> wrote:

> We are waiting on your reply from inquiries submitted from Friday through the weekend, which you had said we would receive this morning. It is now 2:30 pm, and we still do not have replies for 7 of those people. I will paste the list below, again. We need to tell these individuals their claim IDs, and they have to be able to file. Will we be receiving your replies during business hours today? If they are not able to file their claims, this is certainly something we will raise with the judge. I am not trying to be difficult, but it is because of incomplete NYPD record keeping that these individuals did not receive notice 6 months ago, and it is not fair that they should be penalized for that when they are informing us of their eligibility with enough time to file claims.
>
> | |
> |---|
> | Willow Friedland [FKA Ilan Friedland] |
> | Steven Gonzalez |
> | Miriam Tamar Sieradzki |
> | David Rata (issue noted in email) |
> | Naya Austen (issue noted in email) |
> | Chelsea Gamarra |
> | Anna Parmalee |

Elena L. Cohen
*Partner*
| Cohen&Green P.L.L.C. |   #FemmeLaw   |
| (929) 888.9650 (p) | (929) 888.9457 (f) |
| Honorifics / Pronouns: Dr., Ms. / She, Her, Hers |

*This e-mail (including any attachments) is privileged and confidential. It is intended solely for the person or entity to which it is addressed. If you have received this communication in error, please immediately notify the sender and delete all copies.*

On Mon, Jan 22, 2024 at 2:23 PM Weng, Jenny (Law) <jweng@law.nyc.gov> wrote:

> Elena,
>
> We should not and will not be considering any more inquiries. They are all late by a month. The court already extended the bar date to submit claims by 30 days until today. Today is the deadline to submit claim forms NOT to submit inquiries. We already discussed this and made this clear during our meeting last week.
>
> Also discussed during our call last week was that any extension of the shutdown time agreed to (and here we agreed to 8am tomorrow morning) was for those who put in inquires late Friday and over the weekend - NOT the ones who waited until the day the claims are due to inquire about them.
>
> ---
>
> **From:** Elena Cohen <elena@femmelaw.com>
> **Sent:** Monday, January 22, 2024 12:54 PM
> **To:** Milan Mader <mmader@rustconsulting.com>
> **Cc:** Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Weng, Jenny (Law) <jweng@law.nyc.gov>; Jonathan C. Moore <jmoore@blhny.com>; Jason Rabe <jrabe@rustconsulting.com>
> **Subject:** [EXTERNAL] Re: Sow - Claim Deadline Process
>
> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).
>
> Hi Jenny and Genevieve,
>
> Thank you for working to confirm eligibility today. Can we have a phone call to discuss the process for the rest of the day? We currently have 7 outstanding claim inquiries that class counsel believes are eligible and more will likely come in throughout the day. I am planning on working until midnight but I assume you will both need to end work sooner as will Rust. We need to discuss a reasonable way to get claim IDs to people who are eligible and inquire before the claim deadline, and enough time for them to then submit the claims. The current list of outstanding claims we believe are eligible is below. Please let me know when we can meet. Jonathan and I are open today.
>
> Willow Friedland [FKA Ilan Friedland]

| Steven Gonzalez |
| Miriam Tamar Sieradzki |

| David Rata |
| Naya Austen |

| Chelsea Gamarra |
| Colm Moran |

Thank you!

Elena

Elena L. Cohen
*Partner*
| Cohen&Green P.L.L.C. |  #FemmeLaw  |
| (929) 888.9650 (p) | (929) 888.9457 (f) |
| Honorifics / Pronouns: Dr., Ms. / She, Her, Hers |

*This e-mail (including any attachments) is privileged and confidential. It is intended solely for the person or entity to which it is addressed. If you have received this communication in error, please immediately notify the sender and delete all copies.*

On Sun, Jan 21, 2024 at 4:04 PM Elena Cohen <elena@femmelaw.com> wrote:

> Thank you, Milan. Jenny & Genevive, can we discuss this issue tomorrow?
>
> Elena L. Cohen
> *Partner*
> | Cohen&Green P.L.L.C. |  #FemmeLaw  |
> | (929) 888.9650 (p) | (929) 888.9457 (f) |
> | Honorifics / Pronouns: Dr., Ms. / She, Her, Hers |
>
> *This e-mail (including any attachments) is privileged and confidential. It is intended solely for the person or entity to which it is addressed. If you have received this communication in error, please immediately notify the sender and delete all copies.*

Case 1:24-cv-07064-DLC     Document 40-1     Filed 07/10/25     Page 6 of 8

On Sun, Jan 21, 2024 at 3:59 PM Milan Mader <mmader@rustconsulting.com> wrote:

> Good afternoon, everyone.
>
> I uploaded a new file of claims received 1/18 through 1/19/2024.
>
> Also, I'd like to bring up a concern regarding the timing to take down the online claim module at 8:00am on 1/23. Since Friday, we've received over 30 new requests for a claimant number.
>
> We'll upload a new file tomorrow (Monday) but I anticipate requests coming in through the evening of 1/22. Of course, we'll process these as quickly as possible but if we send you the final request file on Tuesday morning (1/23), parties need to review, respond to Rust, we'll need time to contact any new claimants and they need time to submit their claims.
>
> Please let me know your thoughts on this or if you have any questions. Thank you.
>
> **Milan Mader, Sr. Project Manager**
>
> **Rust Consulting, an Exela Technologies Brand**
>
> E: mmader@rustconsulting.com
>
> O: +1-612-743-9454
>
> 920 2nd Ave S, Suite 400 | Minneapolis, MN 55402
>
> **Sign up to ensure you receive *Insights* from Rust Consulting.**
>
> www.RustConsulting.com | Rust LinkedIn
>
>
> On Fri, Jan 19, 2024 at 3:50 PM Elena Cohen <elena@femmelaw.com> wrote:
>
>> Hi Milan,
>>
>> To answer your questions:
>>
>> - Inquiries after 1/22 should be sent a rejection
>>
>> - Please close the claims portal at 8 am on January 23. If there are last minute inquiries, we will discuss how to proceed.

Thank you!

Elena

Elena L. Cohen
*Partner*
| Cohen&Green P.L.L.C. |  #FemmeLaw |
| (929) 888.9650 (p) | (929) 888.9457 (f) |
| Honorifics / Pronouns: Dr., Ms. / She, Her, Hers |

*This e-mail (including any attachments) is privileged and confidential. It is intended solely for the person or entity to which it is addressed. If you have received this communication in error, please immediately notify the sender and delete all copies.*

On Thu, Jan 18, 2024 at 9:46 AM Milan Mader <mmader@rustconsulting.com> wrote:

> Good morning,
>
> With the Claim deadline of 1/22/2024 approaching, I would like to get your input on the process for managing the online claim submission site and email inquiries that we expect to continue coming in.
>
> 1. On Tuesday morning, 1/23/2024, Rust will send any final email inquiries for parties review.
> 2. Please confirm if inquiries received AFTER 1/22 are to be forwarded for review or if Rust should respond with a rejection.
> 3. Our assumption is we will have a few valid claimants at the 11th hour that will require time to submit their Claims.  As a result;
> 4. We can keep the online claim submission page active for as long as necessary or we can close it down as soon as parties agree.
>
> Please let me know if you have any questions or if you would like to schedule a call to discuss.  Thank you.
>
> **Milan Mader, Sr. Project Manager**
>
> **Rust Consulting, an Exela Technologies Brand**
>
> E: mmader@rustconsulting.com
>
> O: +1-612-743-9454
>
> 920 2nd Ave S, Suite 400 | Minneapolis, MN 55402
>
> **Sign up to ensure you receive *Insights* from Rust Consulting.**
>
> www.RustConsulting.com | Rust LinkedIn

Please consider the environment before printing or forwarding this email. If you do print this email, please recycle the paper.

This email message may contain confidential, proprietary and/or privileged information. It is intended only for the use of the intended recipient(s). If you have received it in error, please immediately advise the sender by reply email and then delete this email message. Any disclosure, copying, distribution or use of the information contained in this email message to or by anyone other than the intended recipient is strictly prohibited. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of Exela Technologies, Inc. or its subsidiaries. This email does not constitute an agreement to conduct transactions by electronic means and does not create any legally binding contract or enforceable obligation against Exela in the absence of a fully signed written agreement.

Please consider the environment before printing or forwarding this email. If you do print this email, please recycle the paper.

This email message may contain confidential, proprietary and/or privileged information. It is intended only for the use of the intended recipient(s). If you have received it in error, please immediately advise the sender by reply email and then delete this email message. Any disclosure, copying, distribution or use of the information contained in this email message to or by anyone other than the intended recipient is strictly prohibited. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of Exela Technologies, Inc. or its subsidiaries. This email does not constitute an agreement to conduct transactions by electronic means and does not create any legally binding contract or enforceable obligation against Exela in the absence of a fully signed written agreement.

--
You received this message because you are subscribed to the Google Groups "NYC2020ProtestSettlement" group.
To unsubscribe from this group and stop receiving emails from it, send an email to admin+unsubscribe@nyc2020protestsettlement.com.