UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILLOW FRIEDLAND, et al.,

                Plaintiffs,

-against-                              24 **CIVIL** 7064 (DLC)

**JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 25, 2025, the defendants' May 30, 2025 motion to dismiss is granted.

**Dated:** New York, New York

      September 26, 2025

                                          **TAMMI M. HELLWIG**

                                          _____
                                            **Clerk of Court**

                         **BY:**              K. Mango

                                            _____
                                            **Deputy Clerk**